e

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CR DOCKET NO. 1:23-CR-00150 |
| VERSUS | JUDGE DRELL |
| JOSE CALDERON,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Calderon's Motion to Suppress (ECF Nos. 35, 46) are DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this ___26th___ day of March 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT